```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  JUSTIN W. DERSCH
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2739
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. S-07-0315 GGH |
|---|---|---|
| Plaintiff, | ) | Stipulation and Order to Vacate Trial Confirmation Hearing and Jury Trials |
| v. | ) | |
| KENNETH EARL NUSE, JR. and MARY L. DECKER, | ) | DATE: November 13, 2007 TIME: 9:00 a.m. JUDGE: Hon. Gregory G. Hollows |
| Defendants. | ) | |

It is hereby stipulated and agreed between the United States and the defendant, Kenneth E. Nuse, Jr., by and through his undersigned counsel, Ned Smock, and defendant, Mary L. Decker, by and through her undersigned counsel, Shari Rusk, that defendant Nuse's jury trial set for November 13, 2007, defendant Decker's trial confirmation hearing set for December 17, 2007, and defendant Decker's jury trial set for January 7, 2007, be vacated and a status hearing be set for January 9, 2008 at 2:00 p.m.

The reason for vacating said dates is that the parties have agreed to refer the matter to Pre-Trial Services for their recommendation of Pre-Trial Diversion.

///

1      The parties agree that time be excluded from November 8, 2007 to
2  January 9, 2008, pursuant to Title 18, United States Code, Section
3  3161(h)(2), also known as Local Code I, deferred prosecution by
4  agreement.
5  DATED: November 8, 2007            McGREGOR W. SCOTT
                                      United States Attorney
6
7                             By:   /s/ Matt C. Stegman
                                      MATTHEW C. STEGMAN
8                                     Assistant U.S. Attorney
9
10 DATED: November 8, 2007            DANIEL J. BRODERICK
                                      Federal Defender
11
12                            By:   /s/ Ned Smock
                                      NED SMOCK
13                                    Assistant Federal Defender
                                      Attorney for Defendant
14                                    Kenneth E. Nuse, Jr.
15
16 DATED: November 8, 2007      By:   /s/ Shari Rusk
                                      SHARI RUSK
17                                    Attorney for Defendant
                                      Mary L. Decker
18
19                                  O R D E R
20 IT IS SO ORDERED:
21 DATED: 11/9/07
22 /s/ Gregory G. Hollows
   _____
23 HON. GREGORY G. HOLLOWS
   United States Magistrate Judge
24
25 nuse.ord
26
27
28