```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL THOMAS
    Assistant U.S. Attorney
 3  JUSTIN LEE
    Special Assistant U.S. Attorney
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2800
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:07-CR-00315-GGH
                                 )
12          Plaintiff,            )   ORDER GRANTING
                                 )   UNITED STATES'S MOTION TO
13       v.                       )   DISMISS INFORMATION
                                 )
14  KENNETH EARL NUSE, JR., and  )
    MARY L. DECKER,              )
15                               )
            Defendants.          )
16  _____)
17
18       It is hereby ordered that the United States of America's
19  motion to dismiss case number 2:07-CR-00315-GGH is GRANTED.
20       IT IS SO ORDERED.
21  Dated: August 15, 2011
22
                               /s/ Gregory G. Hollows
23                          UNITED STATES MAGISTRATE JUDGE
```